Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHLEEN M. TOMPKINS, ) | |
| ) | |
| Plaintiff, ) | NO.  C07-5268JKA |
| ) | |
| vs. ) | ORDER AMENDING |
| ) | BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the stipulation of the parties it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's brief:            October 18, 2007
Commissioner's brief:    November 16, 2007
Plaintiff's reply brief:    November 30, 2007

DATED this 19th day of September, 2007.

*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

VAIL-CROSS & ASSOCIATES

By:_____/S/_____
JENNIFER M. CROSS  WSBA# 28560
Attorney for Plaintiff

ORDER AMENDING BRIEFING SCHED. - 1

**DAVID B. VAIL,
JENNIFER M. CROSS-EUTENEIER
AND ASSOCIATES
P.O. BOX 5707
TACOMA, WASHINGTON 98415-0707
TACOMA: (253) 383-8770
SEATTLE: (253) 874-2546
OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**