# United States District Court

WESTERN DISTRICT OF WASHINGTON

CATHLEEN TOMPKINS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5268JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of defendant.

| March 11, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk